**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**ANTONIO R. WEATHERSBY** **PLAINTIFF**

**v.** **CIVIL ACTION NO. 1:26-cv-48-TBM-RPM**

**SILVER SLIPPER CASINO** **DEFENDANT**

**ORDER ADOPTING REPORT AND RECOMMENDATIONS**

This matter is before the Court on submission of the Report and Recommendations [5] entered by United States Magistrate Judge Robert P. Myers on August 6, 2026. Judge Myers recommends that Plaintiff's claim under 42 U.S.C. § 1983 be dismissed for failure to state a claim, but that his claim under 42 U.S.C. § 1981 survive. Weathersby has not filed an objection to the Report and Recommendations, and the time for filing an objection has expired.[1]

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." FED. R. CIV. P. 72(b) advisory committee's note to 1983 addition (citations omitted); *see Casas v. Aduddell*, 404 F. App'x 879, 881 (5th Cir. 2010) (affirming district court's dismissal of Section 1983 claims and stating that "[w]hen a party fails timely to file written objections to the magistrate judge's proposed findings, conclusions, and recommendation, that party is barred from attacking on appeal the unobjected-to proposed findings and conclusions which the district court accepted, except for plain error" (*citing Douglass v. United Serv. Auto Ass'n*, 79 F.3d 1415, 1428-29 (5th Cir. 1996) (en banc); 28 U.S.C. § 636(b)(1))). Having considered Judge Myers' Report and Recommendations, the Court has some

[1] A copy of the Report and Recommendations [5] was mailed to Weathersby at his address of record on August 6, 2026.

doubt as to whether the Plaintiff has actually stated a Section 1981 claim in the Plaintiff's Complaint [1]. However, the Court notes that Judge Myers held a hearing to learn more information about the Plaintiff's claim that is not set forth in the Complaint [1]. Based on Judge Myers' hearing and the early stage of this litigation, the Court is satisfied that the Section 1981 claim can move forward at least for now. The Court finds that Judge Myers' Report and Recommendations are neither clearly erroneous nor contrary to the law.

IT IS ORDERED that the Report and Recommendations [5] entered by United States Magistrate Judge Robert P. Myers on August 6, 2026, are ADOPTED as the opinion of the Court.

IT IS FURTHER ORDERED that Weathersby's claim under 42 U.S.C. § 1983 is DISMISSED WITH PREJUDICE for failure to state a claim.

THIS, the 5th day of November, 2026.

TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE